# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:09cv320

| | |
|---|---|
| PETER J. SACCO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) <br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>)<br>Defendant. )<br>_____ ) | **O R D E R OF REMAND** |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 10].

The Defendant, Michael Astrue, Commissioner of Social Security, moves this Court, pursuant to Sentence Four of 42 U.S.C. § 405(g), to enter a judgment remanding the cause for further administrative proceedings.

Upon careful review of the Defendant's Motion, and for good cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Consent Motion for Entry of Judgment with Reversal and Remand of the Cause to

the Defendant pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 10] is **GRANTED**. Pursuant to the power of this Court to enter a judgment remanding in Social Security actions under Sentence Four of 42 U.S.C. § 405(g), this Court hereby **REMANDS** this cause to the Commissioner for further proceedings. See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991). On remand, the Commissioner will expedite the assignment of this matter to an Administrative Law Judge ("ALJ") who will reassess the evidence of record in light of the entire period under review, i.e., the alleged onset date through the date of the decision, excepting any periods during which the claimant engaged in substantial gainful activity. In so doing, the ALJ should reconsider Plaintiff's residual functional capacity ("RFC") in light of the evidence relevant to the entire period at issue, explaining how the evidence supports the RFC. The ALJ will also ensure that the RFC findings comport with any hypothetical questions posed to any vocational expert.

**IT IS SO ORDERED.**

Signed: April 1, 2010

Martin Reidinger
United States District Judge